UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CHARLES R. CATHY,

Plaintiff,

Case No.  16-cv-01568-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days has passed and plaintiff has not filed a complaint or an IFP application.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  May 12, 2016

PHYLLIS J. HAMILTON
United States District Judge

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    IN RE CHARLES CATHY,                   Case No.  16-cv-01568-PJH
                    Plaintiff,
8
                                            **CERTIFICATE OF SERVICE**
9
10
11
12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk,

13   U.S. District Court, Northern District of California.

14          That on May 12, 2016, I SERVED a true and correct copy(ies) of the attached, by

15   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter

16   listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an

17   inter-office delivery receptacle located in the Clerk's office.

18

19   Charles R. Cathy
     Kern Valley State Prison
20   V39913
     P.O. Box 5101
21   Delano, CA 93216

22

23   Dated: May 12, 2016

24
                                            Susan Y. Soong
25                                          Clerk, United States District Court

26
                                            By: _Nichole Peric_
27                                          Nichole Peric, Deputy Clerk to the
                                            Honorable PHYLLIS J. HAMILTON
28

                                    2